UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.  Case No: 23-CR-339-ACR

ETHAN MAUCK

## MOTION TO MODIFY CONDITIONS OF BOND

Comes now the Defendant, Ethan Mauck, by Counsel, and respectfully requests a modification to the conditions of his release. Specifically, Mr. Mauck requests that he be allowed to travel to and remain in Washington, D.C. for the duration of Ms. Casey Tryon-Castro's trial beginning Monday, May 28, 2024, and any in-person hearings that follow (such as a sentencing hearing). In support of said request, Mr. Mauck avers the following:

1. The Defendant, Ethan Mauck, was brought before the Honorable Robert S Ballou in the Western District of Virginia on a criminal complaint on August 30, 2023. Mr. Mauck was granted release on conditions on that same day.

2. Among the conditions was one requiring that he may only travel to the D.C. district for "court appearances and attorney visits by the most direct route, but must otherwise stay out of D.C."

3. Mr. Mauck and Ms. Diehl, his Counsel and below-signed attorney, both reside in the Western District of Virginia.

4. Mr. Mauck had a few issues early on his pretrial probation with driving uninsured, unregistered, and with no driver's license. He did this in order to get to work. He alerted his probation officer of all interactions with police and has since remedied all issues. He is now able to drive legally. He fixed these issues on his own, prior to the status conference with

1

this Court.

5. Beyond the facts listed in above, Mr. Mauck has had no issues with probation and has complied with all conditions of bond.

6. Mr. Mauck lives with his girlfriend, Ms. Casey Tryon-Castro. They have lived together for several years with their 7 children, one of whom they share in common, who is an infant.

7. Ms. Casey Tryon-Castro is facing a contested jury trial in the district of D.C. beginning on May 28, 2024. If found guilty, she could face several years in prison.

8. Defense Counsel was approached originally by Mr. Mauck's probation officer, Mr. Sean Sweeney stating that Mr. Mauck requested to go with Ms. Tryon-Castro to support her during trial. Mr. Sweeney stated he had no objections to changing the conditions of bond in order for Mr. Mauck to attend Ms. Tryon-Castro's trial.

9. Government Counsel stated there were no objections if the condition was altered limited to the duration of Ms. Tryon-Castro's trial.

10. Mr. Mauck has no objection to all other conditions of his bond remaining unchanged.

WHEREFORE, Mr. Mauck requests that his bond conditions be modified to allow him to travel to and stay in D.C. for the duration of Ms. Tryon-Castro's trial and if necessary, sentencing. He agrees that upon completion of such trial he will return to the Western District of Virginia.

> Respectfully submitted,
> Ethan Mauck
> By Counsel
>
> *Beatrice Diehl*
>
> Beatrice F. Diehl, Esquire
> Assistant Federal Public Defender

2

FL Bar #: 0124667
Office of the Federal Public Defender
210 First St. SW, Suite 400
Roanoke, Virginia 24011
(540) 777-0891

## CERTIFICATE OF SERVICE

      I hereby certify that on May 20, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: counsel of record; and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants: none.

*/s/ Beatrice Diehl*